# EXHIBIT D

## Case Detail

### Case Information

Court System:          **Circuit Court For Baltimore City - Civil**

Location:              **Baltimore City Circuit Court**

Case Number:           **C-24-CV-26-001646**

Case Title:            **Mayor and City Council of Baltimore vs. VGW d/b/a Chumba Casino and Luckyland Slots, et al.**

Case Type:             **Injunction**

Filing Date:           **03/04/2026**

Case Status:           **Open**

### Involved Parties Information

#### Defendant

Name:              **VGW Games Ltd**

Added Date:            **04/08/2026**

Party in Jail:   **No**

Current:  **Yes**

Address:           **Trident Park, Notabile Gardens No. 6--Level 3**

Address Line 2:    **Central Business District, Mdina Road, Zone 2**

Address Line 3:    **Birkirkara, Malta CBD2010**

#### Defendant

Name: **VGW d/b/a Chumba Casino and Luckyland Slots**

Added Date: **03/04/2026**

Party in Jail: **No**

Current: **Yes**

Address: **Trident Park, Notabile Gardens, No. 6, Level 3**

Address Line 2: **Central Business District, Mdina Road, Zone 2**

Address Line 3: **Birkirkara, CBD2010, Malta CBD2010**

Defendant

Name: **PTT, LLC d/b/a High 5 Games**

Added Date: **03/04/2026**

Party in Jail: **No**

Current: **Yes**

Address: **251 Little Falls Drive**

City: **WILMINGTON**   State: **DE**   ZIP Code: **19808**

Defendant

Name: **VGW Luckyland, Inc.**

Added Date: **04/08/2026**

Party in Jail: **No**

Current: **Yes**

Address: **850 New Burton Road, Suite 201**

City: **Dover**   State: **DE**   ZIP Code: **19904**

Defendant

Name:            HIgh 5 Entertainment, LLC
Added Date:      04/08/2026
Party in Jail:   No
Current:  Yes
Address:         254 Chapman Road, Suite 209
City: Newark      State: DE      ZIP Code: 19702

---

Defendant

Name:            Trident Ppark, Notabile Gardens No6-Level 3
Added Date:      04/15/2026
Removal Date:    04/15/2026
Party in Jail:   No
Current:  Yes

---

Defendant

Name:            BIRKIRKARA, CBD2010, Malta
Added Date:      04/15/2026
Removal Date:    04/15/2026
Party in Jail:   No
Current:  Yes

---

Defendant

Name:            VGW Malta, Ltd
Added Date:      04/08/2026
Party in Jail:   No

Current:  **Yes**

Address:        **Trident Park, Notabile Gardens No 6--Level 3**

Address Line 2:    **Central Business District, Mdina Road Zone 2**

Address Line 3:    **Birkirkara, Malta CBD2010**

---

Defendant

Name:        **Easygo Group Holdings Pty Ltd**

Added Date:        **04/08/2026**

Party in Jail:    **No**

Current:  **Yes**

Address:        **Level 2, 287-293 Collins Street**

Address Line 2:    **Melbourne, Victoria 3000**

Address Line 3:    **Australia**

---

Defendant

Name:        **B2 Services OU d/b/a McLuck Casino**

Added Date:        **03/04/2026**

Party in Jail:    **No**

Current:  **Yes**

Address:        **Tornimae 5, 10145**

Address Line 2:    **Tallinn, Estonia 10145**

Address Line 3:    **Estonia**

---

Defendant

Name:        **McLuck, Inc.**

Added Date:    **04/08/2026**

Party in Jail:    **No**

Current:  **Yes**

Address:    **108 W. 13th Street**

City: **Wilmington**    State: **DE**    ZIP Code: **19801**

---

Defendant

Name:    **Central Business District**

Added Date:    **04/15/2026**

Removal Date:    **04/15/2026**

Party in Jail:    **No**

Current:  **Yes**

---

Defendant

Name:    **Sweepstakes Limited d/b/a Stake.us**

Added Date:    **03/04/2026**

Party in Jail:    **No**

Current:  **Yes**

Address:    **13101 Preston Road, Suite 110-5027**

City: **DALLAS**    State: **TX**    ZIP Code: **75240**

---

Defendant

Name:    **YSI US, Inc**

Added Date:    **04/08/2026**

Party in Jail:    **No**

Current: **Yes**

Address: **850 New Burton Road, Suite 201**

City: **Dover**       State: **DE**       ZIP Code: **19904**

---

Defendant

---

Name: **Mdina Road, Zone 2**

Added Date: **04/15/2026**

Removal Date: **04/15/2026**

Party in Jail: **No**

Current: **Yes**

---

Defendant

---

Name: **Yellow Social Interactive Limited**

Added Date: **04/08/2026**

Party in Jail: **No**

Current: **Yes**

Address: **World Trade Center**

Address Line 2: **Bayside Road**

Address Line 3: **Gibraltar, Gibraltar GX11 1AA**

---

Defendant

---

Name: **VGW GP Ltd**

Added Date: **04/08/2026**

Party in Jail: **No**

Current: **Yes**

Address:           **Trident Park, Notabile Gardens No. 6-Level 3**
Address Line 2:    **Central Business District, Mdina Road, Zone 2**
Address Line 3:    **Birkirkara, Malta CBD2010**

Defendant

Name:              **Yellow Social Interactive Limited d/b/a Pulsz**
Added Date:        **03/04/2026**
Party in Jail:     **No**
Current:  **Yes**
Address:           **World Trade Center**
Address Line 2:    **Bayside Road**
Address Line 3:    **Gibraltar, Gibraltar GX11 1AA**

Defendant

Name:              **VGW Canada, Inc**
Added Date:        **04/08/2026**
Party in Jail:     **No**
Current:  **Yes**
Address:           **215 Spadina Ave**
Address Line 2:    **Toronto, Ontario M5T 2C7**
Address Line 3:    **Canada**

Defendant

Name:              **Blazesoft LTD d/b/a Fortune Coins**
Added Date:        **03/04/2026**

Party in Jail:    **No**
Current:  **Yes**
Address:            **28 Oktovriou, 313 Omrania BLD**
Address Line 2:    **Limassol, CY-3105, Cyprus**

---

Defendant

---

Name:            **Social Gaming, LLC**
Added Date:        **04/15/2026**
Party in Jail:    **No**
Current:  **Yes**
Address:            **2711 Centreville Road, Suite 400**
City: **WILMINGTON**      State: **DE**      ZIP Code: **19808**

---

Plaintiff

---

Name:            **Mayor and City Council of Baltimore**
Address:            **100 N. Holliday Street**
City: **Baltimore**      State: **MD**      ZIP Code: **21202**

---

Attorney(s) for the Plaintiff

---

Name:            **GROSS, SARA ELAINE**
Appearance Date:    **03/04/2026**
Address Line 1:    **City Hall, Solicitors Office**
Address Line 2:    **100 N. Holliday St**
City: **Baltimore**      State: **MD**      ZIP Code: **21202**

## Docket Entries

File Date:  **03/04/2026**

Party1:  **Mayor and City Council of Baltimore;**

Party2:  **VGW d/b/a Chumba Casino and Luckyland Slots; B2 Services OU d/b/a McLuck Casino; Yellow Social Interactive Limited d/b/a Pulsz; Sweepstakes Limited d/b/a Stake.us; PTT, LLC d/b/a High 5 Games; Blazesoft LTD d/b/a Fortune Coins;**

Docket Entry Name:  **Complaint / Petition**

Comment:  **Complaint and Request for Jury Trial**

---

File Date:  **03/04/2026**

Docket Entry Name:  **Information Sheet Filed**

Comment:  **Civil Cover Sheet**

---

File Date:  **03/04/2026**

Docket Entry Name:  **Request to Issue**

Comment:  **Request to Issue Summons**

---

File Date:  **03/04/2026**

Party1:  **Mayor and City Council of Baltimore; GROSS, SARA ELAINE ;**

Party2:  **VGW d/b/a Chumba Casino and Luckyland Slots; B2 Services OU d/b/a McLuck Casino; Yellow Social Interactive Limited d/b/a Pulsz; Sweepstakes Limited d/b/a Stake.us; PTT, LLC d/b/a High 5 Games; Blazesoft LTD d/b/a Fortune Coins;**

Docket Entry Name:  **Summons Issued (Service Event) - New Case**

---

File Date:  **03/04/2026**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:  **Writ of Summons**

File Date:  **03/26/2026**

Party2:  **PTT, LLC d/b/a High 5 Games;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

File Date:  **04/08/2026**

Docket Entry Name:  **Complaint - Amended**

Comment:  **First Amended Complaint**

File Date:  **04/08/2026**

Docket Entry Name:  **Complaint - Amended**

Comment:  **Redlined version of Complaint**

File Date:  **04/08/2026**

Docket Entry Name:  **Request to Issue**

Comment:  **Request for Summons**

File Date:  **04/09/2026**

Party1:  **Mayor and City Council of Baltimore;**

Party2:  **Yellow Social Interactive Limited d/b/a Pulsz; Sweepstakes Limited d/b/a Stake.us; PTT, LLC d/b/a High 5 Games; Blazesoft LTD d/b/a Fortune Coins; VGW Malta, Ltd; VGW GP Ltd; VGW Games Ltd; VGW Canada, Inc; VGW Luckyland, Inc.; McLuck, Inc.; Yellow Social Interactive Limited; YSI US, Inc; Easygo Group Holdings Pty Ltd; HIgh 5 Entertainment, LLC;**

Docket Entry Name:  **Summons Issued (Service Event) - New Case**

File Date:  **04/09/2026**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:  **Writ of Summons**

File Date:  **04/15/2026**

Docket Entry Name:  **Request to Issue**

Comment:  **Request to Issue Summons**

File Date:  **04/15/2026**

Party1:  **Mayor and City Council of Baltimore; GROSS, SARA ELAINE ;**

Party2:  **VGW Malta, Ltd; Social Gaming, LLC; Central Business District; Trident Ppark, Notabile Gardens No6-Level 3; Mdina Road, Zone 2; BIRKIRKARA, CBD2010, Malta;**

Docket Entry Name:  **Summons Issued (Service Event) - New Case**

File Date:  **04/15/2026**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:  **Writ of Summons**

File Date:  **04/17/2026**

Party2:  **VGW Luckyland, Inc.;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

File Date:  **04/17/2026**

Party2:  **YSI US, Inc;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

---

File Date:  **04/17/2026**

Party2:  **McLuck, Inc.;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

---

File Date:  **04/20/2026**

Party1:  **Mayor and City Council of Baltimore;**

Party2:  **Sweepstakes Limited d/b/a Stake.us;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

---

File Date:  **04/21/2026**

Party2:  **PTT, LLC d/b/a High 5 Games;**

Docket Entry Name:  **Return of Service - Served**

Comment:  **Declaration of Service**

## Service Information

| Service Type | Person to Serve | Issue Date |
| --- | --- | --- |
| Summons Issued | VGW d/b/a Chumba Casino and Luckyland Slots | 03/04/2026 |
| Summons Issued | Yellow Social Interactive Limited d/b/a Pulsz | 04/09/2026 |
| Summons Issued | Yellow Social Interactive Limited d/b/a Pulsz | 04/09/2026 |

| Service Type | Person to Serve | Issue Date |
|---|---|---|
| Summons Issued | VGW Malta, Ltd | 04/15/2026 |