## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CITY OF BALTIMORE,** *ex rel.* **Ebony Thompson,** | Case No. 1:26-cv-1591 |
| *Plaintiff,* | **JURY TRIAL DEMANDED** |
| v. | |
| **VGW MALTA LTD, VGW CANADA INC., VGW GP LTD, VGW GAMES LTD, VGW LUCKYLAND, INC., d/b/a CHUMBACASINO and LUCKYLAND SLOTS, B-TWO OPERATIONS LIMITED, MCLUCK INC., d/b/a MCLUCK CASINO, YELLOW SOCIAL INTERACTIVE LIMITED, YSI US, INC., d/b/a PULSZ, SWEEPSTEAKS LIMITED, EASYGO GROUP HOLDINGS PTY LTD., d/b/a STAKE.US, PTT, LLC, HIGH 5 ENTERTAINMENT, LLC, d/b/a HIGH 5 GAMES, BLAZESOFT LTD., and SOCIAL GAMING LLC, d/b/a FORTUNE COINS,** | |
| *Defendants.* | |

## ORDER

Upon consideration of the Parties' Stipulation Regarding Briefing Schedule and Responsive Pleadings, and good cause appearing therefor, it is hereby **ORDERED** that the Stipulation is **APPROVED**, and it is further **ORDERED** as follows:

1.      All proceedings—including briefing on Plaintiff's Motion to Remand—are **STAYED** until the earlier of (a) thirty (30) days after the issuance of a final decision by the United

States Court of Appeals for the Fourth Circuit in the DraftKings/FanDuel appeal or (b) four (4) months from the date of the Stipulation (the "Stay Period");

2.      If, upon the conclusion of the Stay Period, Plaintiff elects to pursue the Motion to Remand, the City shall have thirty (30) days from the conclusion of the Stay Period to file their opening brief in support of the Motion to Remand, Defendants shall have thirty (30) days from the filing of the City's opening brief to file their opposition to the Motion to Remand, and the City shall have thirty (30) days from the filing of Defendants' opposition to file any reply;

3.      If Plaintiff withdraws the Motion to Remand, Defendants shall answer or otherwise respond to the operative complaint within thirty (30) days of the date of withdrawal;

4.      Defendants' deadlines to answer or otherwise respond to the operative complaint are deferred during the pendency of the Motion to Remand. In the event the Motion to Remand is denied, Defendants shall answer or otherwise respond to the operative complaint within thirty (30) days of the entry of the order denying the Motion to Remand, unless the Parties otherwise agree or the Court otherwise orders; and

5.      Nothing in this Order shall be construed as a waiver of any claim, defense, or argument by any Party, including without limitation any jurisdictional defense, any defense based on service of process, or any argument concerning the propriety of removal or remand.

**IT IS SO ORDERED.**

Dated: _____ May 20 , 2026

_____
/s/
Judge Brendan A. Hurson
District Judge