**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CITY OF BALTIMORE, *ex rel.* Ebony Thompson,

*Plaintiff*,

v.

VGW MALTA LTD, VGW CANADA INC., VGW GP LTD, VGW GAMES LTD, VGW LUCKYLAND, INC., d/b/a CHUMBA CASINO and LUCKYLAND SLOTS,

B-TWO OPERATIONS LIMITED, MCLUCK INC., d/b/a MCLUCK CASINO,

YELLOW SOCIAL INTERACTIVE LIMITED, YSI US, INC., d/b/a PULSZ,

SWEEPSTEAKS LIMITED, EASYGO GROUP HOLDINGS PTY LTD., d/b/a STAKE.US,

PTT, LLC, HIGH 5 ENTERTAINMENT, LLC, d/b/a HIGH 5 Games, and,

BLAZESOFT LTD., SOCIAL GAMING LLC d/b/a/ FORTUNE COINS

*Defendants.*

Case No. 1:26-CV-01591

Hon. Brendan Abell Hurson

**PLAINTIFF'S MOTION TO REMAND**

The City of Baltimore ("Plaintiff") moves, pursuant to 28 U.S.C. § 1447(c) and the abstention doctrine articulated by the Supreme Court in *Burford v. Sun Oil Co.*, 319 U.S. 315 (1943), for this action's remand to the Circuit Court for Baltimore City. This Motion will be supported by a Memorandum of Law, which will be filed at a later date pursuant to the parties' stipulation, entered by the Court on May 20, 2026 (Dkt. No. 13). A proposed order is included

herewith.

Date: May 21, 2026

Respectfully submitted,

*/s/ Sara Gross*
Sara Gross
Chief, Affirmative Litigation Division
**BALTIMORE CITY**
**LAW DEPARTMENT**
City Hall, Room 101
100 North Holliday Street
Baltimore, Maryland 21202
Tel: (443) 984-3421
sara.gross@baltimorecity.gov

Daniel R. Ferri*
Eaghan Davis*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
dferri@dicellolevitt.com
edavis@dicellolevitt.com

**Pro Hac Vice*

***Counsel for Plaintiff, the City of Baltimore***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, I filed this document, which caused the Court's electronic filing system to notify all counsel of record.

*/s/ Sara Gross*
Sara Gross
Chief, Affirmative Litigation Division
City of Baltimore